UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN, DETROIT DIVISION

In re:

Wilbert Ellis Williams

Case No. 04-40824-tjt

Chapter 13

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

IT IS ORDERED that the Clerk of the U.S. Bankruptcy Court remit to Wilbert Ellis Williams c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027-0125, the sum of Four Hundred Fifty Dollars ($450.00), of unclaimed funds held in the U.S. Treasury.

United States Bankruptcy Judge
Dated: _____

Katherine B. Gullo, Clerk
U.S. Bankruptcy Court

By: _____
    Deputy Clerk